UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT MOYER,<br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ARAMARK;<br>KENT DAHLQUIST, *Individually and as an Employee of Kutztown University*;<br>GERALD SILBERMAN, *Individually and as an Employee of Kutztown*;<br>JOHN DOE, *Individually and as an Employee of Kutztown University*; and<br>KUTZTOWN UNIVERSITY,<br>　　　　　　　　　Defendants. | No. 18-cv-02267 |

## O R D E R

**AND NOW**, this 7th day of March, 2019, upon consideration of Plaintiffs' Amended Complaint, ECF No. 12; Defendants' Motion to Dismiss, ECF No. 13; Plaintiffs' Response, ECF No. 14; and Defendants' Reply, ECF No. 15, and for the reasons set forth in the accompanying Opinion, **IT IS ORDERED THAT**:

　　1.　　Defendants' Motion to Dismiss, ECF No. 13, is **GRANTED in part**;

　　2.　　The claims in Counts I–IV are **DISMISSED without prejudice**;

　　3.　　Plaintiff is granted leave to file a second Amended Complaint for Counts I–IV consistent with the accompanying Opinion **on or before March 28, 2019**; and

　　4.　　The Court will hold in abeyance its decision on the remaining state law claims in Counts V and VI pending the filing of a second Amended Complaint, if any.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge