UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT MOYER | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| vs. | : |
| | : Case No.: 5:18-cv-02267-JFL |
| ARAMARK (ARAMARK CAMPUS, LLC) | : |
| Defendant. | : **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

1. The parties to this action stipulate that this case may be dismissed with prejudice.

2. The parties agree and represent to this Honorable Court that counsel, whose signatures appear on this stipulation, have the express authority of their clients to enter into this stipulation and to dismiss the action on the terms and conditions set forth in the Confidential Settlement Agreement and General Release.

By: Dutko Law, LLC

_____
Charles E. Dutko, Jr., Esquire
15525 Kutztown Road, Suite B
Kutztown, PA 19530
*Attorney for Plaintiff*

By: Morgan, Lewis & Bockius, LLP

_____
Anne E. Martinez, Esquire
1701 Market Street
Philadelphia, PA 19103
*Attorney for Defendant*

Date: 4/29/19

Date: 4/30/19